UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN YAN LUIS,** *on behalf of himself and all others similarly situated.* <br><br> **Plaintiffs,** <br><br> -against- <br><br> **PETICULAR LLC,** <br><br> **Defendant.** | **23-cv-8289 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant Peticular LLC is ordered to answer or otherwise respond to the Complaint by February 28, 2024.

The Parties are directed to file a joint status report on potential settlement by February 28, 2024.

**SO ORDERED.**

Dated:   February 21, 2024
         New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**